Daniel S. O'Sullivan, Esq., SBN. 147974
1505 North Broadway
Santa Ana, California 92706
(714) 558-3800 - Telephone
(714) 558-3900 - Facsimile

Attorneys for Defendant,
SCOTT HENRY WALTHER

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 07-00134 DDP |
| Plaintiff, ) | **ORDER** |
| vs. ) | **RE: EXONERATION OF BOND** |
| SCOTT HENRY WALTHER, ) | **Def. #5** |
| Defendant. ) | |

IT IS HEREBY ORDERED, that the bond is exonerated in this matter for Defendant, Scott Henry Walther.

Dated: March 25, 2008            _____

The Honorable Dean D. Pregerson
Judge of the United States District Court

cc: PSA - LA
cc: Fiscal Section
cc: USM - LA

1